Case 1:18-cv-00602-RJS   Document 100   Filed 11/19/18   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOMEZ SALGADO *et al.*,

                      Plaintiffs,

-v-

EAST SIDE BAGEL CAFE, INC. *et al.*,

                      Defendants.



11/19/18

No. 18-cv-0602 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    On November 19, 2018, the Court held a fairness hearing on the proposed settlement in this case (Doc. No. 99-1). *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). Under the terms of the settlement agreement, each Plaintiff will receive an amount equal to the total sum of the settlement ($110,000), less attorney's fees of $36,666.67, and prorated as set forth in the table filed at Doc. No. 99-2. As set forth on the record at the fairness hearing, the Court found that the settlement was fair and reasonable, particularly in light of Plaintiff's range of possible recovery, the seriousness of the litigation risks faced by the parties, and the fact that the settlement was the product of arm's-length bargaining without the possibility of fraud or collusion. *See Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–37 (S.D.N.Y. 2012). In addition, the Court found the attorney's fees and costs of one third of the value of the net settlement agreement to be fair and reasonable. Accordingly, IT IS HEREBY ORDERED THAT the settlement is approved. The Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The Clerk of Court is respectfully requested to close this case.

SO ORDERED.

Dated:    November 19, 2018
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation